**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-27532-LEIBOWITZ**

**JACOB FRIESEN,**

*Plaintiff*,

*v.*

**TODD BLANCHE, *et al.*,**

*Defendants.*
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 4], filed on November 16, 2026. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** ***with prejudice***. The ***Clerk of Court*** is **DIRECTED** to **CLOSE** this case. All deadlines are **TERMINATED** and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on November 18, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record